```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GEORGE ELWELL TRUCKING, etc., ) <br> ) <br> ) <br> Defendant. ) <br> _____ | NO.  C 10 1484 JL <br><br> ORDER TO CONTINUE CASE <br> <u>MANAGEMENT CONFERENCE</u> |

IT IS ORDERED that the Case Management Conference in this case set for July 14, 2010 be continued to October 13, 2010 at 10:30 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 12, 2010                       _____
                                           Magistrate Judge James Larson

<u>ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE</u>

1